```
                           United States Bankruptcy Court
                            Eastern District of New York
In re:                                                              Case No. 15-44838-nhl
Guillermo Rodriguez                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: mmendieta              Page 1 of 1              Date Rcvd: Oct 28, 2015
                              Form ID: pdfdat              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2015.
db             +Guillermo Rodriguez,    308 Harman Street,    Brooklyn, NY 11237-4933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2015 at the address(es) listed below:
              Marianne    DeRosa     Derosa@ch13mdr.com,  mderosa13@ecf.epiqsystems.com
              Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

**Fill in this information to identify the case:**

Debtor 1: Guillermo Rodriguez
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (If known): 15-44838-nhl

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

With the filing of the petition: $ _____

| You must pay… | On or before this date… |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |

**Total Due**  $_____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

__October 28, 2015__   By the court:   s/Nancy Hershey Lord
Month / day / year                       United States Bankruptcy Judge