UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
IN RE:

       Guillermo Rodriguez,

                                 Debtor.  
-----------------------------------------------------------X

**NOTICE OF APPEARANCE**

CHAPTER 13

Case No.: 15-44838-nhl

**S I R S :**

       **PLEASE TAKE NOTICE,** that Wells Fargo Bank, NA, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York  
        November 9, 2015

                                 Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                 By:   S/ Karen Sheehan  
                                 Karen M. Sheehan, Esq.  
                                 53 Gibson Street  
                                 Bay Shore, New York 11706  
                                 (631) 969-3100  
                                 Our File No.:01-051343-B00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                                              CASE NO.: 15-44838-nhl

    Guillermo Rodriguez,                              CHAPTER 13

                                        Debtor.                  Judge: Nancy Hershey Lord
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**


       I, Megan M. Owens, do certify that on November 11, 2015, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:


Guillermo Rodriguez
308 Harman Street
Brooklyn, NY 11237

Marianne DeRosa
Trustee
DeRosa@ch13mdr.com


                                                           /s/ Megan Owens
                                                            Megan Owens