United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 15-44838-nhl
Guillermo Rodriguez                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: mmendieta     Page 1 of 1     Date Rcvd: Nov 30, 2015
                     Form ID: 273     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2015.
db              +Guillermo Rodriguez,    308 Harman Street,    Brooklyn, NY 11237-4933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2015 at the address(es) listed below:
      Karen Marie Sheehan    on behalf of Creditor   Wells Fargo Bank, NA ksheehan@flwlaw.com,
       jspiegelman@flwlaw.com;plamberti@flwlaw.com
      Marianne DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
      Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                                   TOTAL: 3

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−15−44838−nhl |
| Guillermo Rodriguez | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−9676 | |
| DEBTOR(s) | |

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A
- ☑ Schedule B
- ☐ Schedule D
- ☑ Schedule E
- ☑ Schedule F
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Financial Affairs
- ☑ Statement of Monthly Means Test and Income Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: November 30, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521.jsp** [Final Deficiency Notice rev.08/20/09]