```
                              United States Bankruptcy Court
                                Eastern District of New York
In re:                                                                  Case No. 15-44838-nhl
Guillermo Rodriguez                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: mcuzzo                 Page 1 of 1                   Date Rcvd: Dec 04, 2015
                               Form ID: pdfdat              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2015.
db             +Guillermo Rodriguez,    308 Harman Street,    Brooklyn, NY 11237-4933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2015 at the address(es) listed below:
              Karen Marie Sheehan    on behalf of Creditor    Wells Fargo Bank, NA ksheehan@flwlaw.com,
               jspiegelman@flwlaw.com;plamberti@flwlaw.com
              Marianne DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East, Ste 1595
Brooklyn, NY 11201-1800
(347) 394-1700

_____

In Re:                                                                    Case No. 15-44838-nhl

     Guillermo Rodriguez

                                                                                                                    Chapter 13

_____

      Filing fee of $ 310.00 must be paid in order for the debtor to receive a

discharge of debts listed and served.

      There is a balance due of  $ 210.00.

      If the filing fee is not paid within ten(10) days of this notice of delinquency,

a hearing to dismiss the petition will be scheduled.

      Please enclose a money order payable to "CLERK, U.S. BANKRUPTCY

COURT".


                                                                             **ROBERT A. GAVIN, JR.**
                                                                                 **Clerk of Court**


                                                                       **By:    Michelle Cuzzo**
                                                                          **Financial Specialist**


**Date: 12/4/2015**
**Brooklyn, New York**